UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALICE FARE ASONGWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0668-G (BH) |
| WASHINGTON MUTUAL CARD | ) | |
| SERVICES and subsidiaries, | ) | **ECF** |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

findings, conclusions, and recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the

undersigned district judge is of the opinion that the findings and conclusions of the

magistrate judge are correct and they are accepted as the findings and conclusions of

the court.

Washington Mutual's motion to dismiss, filed June 5, 2009, is hereby

**GRANTED**. Asongwe's Title VII, ADA, Rehabilitation Act, and ADEA claims are

**DISMISSED** without prejudice pursuant to Rule 12(b)(1) for failure to exhaust administrative remedies.

**SO ORDERED**.

July 29, 2009.

A. JOE FISH
**Senior United States District Judge**